IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, ex rel Edward Stringham, Ph.D.; | |
|---|---|
| Plaintiff, | **4:19CV3003** |
| vs. | **ORDER** |
| LINCOLN FAMILY MEDICAL GROUP, a Nebraska Corporation; | |
| Defendant. | |

Qui Tam Plaintiff Edward Stringham ("Stringham") filed this action under seal on January 22, 2019. The Complaint states that a copy of the Complaint and written disclosure of all material written evidence and information was served upon the United States pursuant to Fed. R. Civ. P. 4(i). However, the United States has not notified the Court that it intends to intervene in this action.

Accordingly,

**IT IS ORDERED:**

1. The Complaint shall be unsealed and served upon Defendant.

2. All other contents of the Court's file in this action shall remain under seal and not made public or served upon Defendant, except for this Order, which Stringham shall serve upon Defendant after service of the Complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The United States is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should Stringham or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 2nd day of May, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge