IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD STRINGHAM, Ph.D., | ) ) ) | NO. 4:19CV3003 |
| Plaintiffs, | ) ) | **UNDER SEAL** |
| v. | ) ) | |
| LINCOLN FAMILY MEDICAL GROUP, A Nebraska Corporation, | ) ) ) | |
| Defendant. | ) ) | |

# **ORDER**

Upon consideration of the *ex parte* motion of the United States of America (Filing No. 7), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for a 90 day extension of time in which to determine whether or not to intervene in the above-captioned *qui tam* action, and good cause having been shown, it is hereby

**ORDERED** that the United States shall have until and including November 25, 2019, to intervene in the above-captioned action or to notify the Court that it declines to do so; and it is

**FURTHER ORDERED** that the Complaint, and all other filings in this case, shall remain under seal until and including November 25, 2019, or until further order of this Court.

Dated August 26, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge