IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA ex
rel. EDWARD STRINGHAM, PH.D.,

Plaintiff,

vs.

LINCOLN FAMILY MEDICAL
GROUP, a Nebraska Corporation,

Defendant.

4:19-CV-3003

ORDER

On the relator's notice of voluntary dismissal (filing 10) and the United States' consent to voluntary dismissal (filing 11),

IT IS ORDERED:

1.  This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

2.  The Clerk of the Court shall unseal this case.

3.  The Clerk of the Court shall unseal filing 1, filing 2, filing 3, filing 5, filing 9, filing 10, filing 11, and this order.

4.  Filing 4, filing 6, filing 7, and filing 8 shall remain under seal.

Dated this 25th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge